[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

**FILED**

**U.S. COURT OF APPEALS
ELEVENTH CIRCUIT**
**November 9, 2005**
**THOMAS K. KAHN**
**CLERK**

No. 04-16558
Non-Argument Calendar

_____

D. C. Docket No. 04-00031-CR-KRS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RUBEN GALVAN-PELAYO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(November 9, 2005)**

Before EDMONDSON, Chief Judge, TJOFLAT and ANDERSON, Circuit Judges.

PER CURIAM:

Michael O. Donaldson, appointed counsel for Ruben Galvan-Pelayo in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Galvan-Pelayo's conviction and sentence are **AFFIRMED.**